**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **ALI JUMA,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Criminal Action No.** |
| | : | **5:97-CR-36-HL** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Before the Court is a Report and Recommendation (Doc. 106) from United States Magistrate Judge G. Mallon Faircloth that recommends denying Petitioner's 18 U.S.C. § 3582(c)(2) Motion for Modification of Imposed Term of Imprisonment (Doc. 104). Petitioner filed an objection (Doc. 107) to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's objection and has made a de novo determination of the portion of the Recommendation to which Petitioner objects. For the reasons contained in Judge Faircloth's Recommendation, Petitioner is not entitled to relief under 18 U.S.C. § 3582(c)(2). As a result, this Court accepts Judge Faircloth's Recommendation, and therefore, Petitioner's Motion for Modification of Imposed Term of Imprisonment is denied.

**SO ORDERED**, this the 11th day of March, 2008.


*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

dhc