# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia

United States of America

v.

Ali Juma

)
)
)
)
)
)
)
)

Case No:    5:97-CR-00036-001

USM No:    48003-019

Date of Original Judgment:    August 17, 1998
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Frank Hogue
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO AMENDMENT 821

Upon motion of    ☒ the defendant    the Director of the Bureau of Prisons    ☐ the court
under Amendment 821 for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____397____ months **is reduced to** ____387 months____ .

Ali Juma was originally sentenced on July 30, 1998, to a total term of 397 months imprisonment. His imprisonment is to be followed by five-year term of supervised release. At sentencing, the defendant's criminal history subtotal was one (1). As he was under a criminal justice sentence at the time he committed the instant offense, two (2) points were added, yielding a total score of three (3). This resulted in a Criminal History Category of II. However, retroactive Amendment 821, Part A of the *United States Sentencing Guidelines* allows defendants with seven (7) or more criminal history points to receive one (1) point for being under a criminal justice sentence rather than two (2); defendants with fewer than seven (7) criminal history points do not receive any additional points. Therefore, Juma would not have received any additional points for being under a criminal justice sentence under the amended guidelines. Consequently, his total criminal history score would be one (1), his Criminal History Category would also be I.

The Government agrees that the defendant is eligible for relief; however, does not believe a sentence reduction is appropriate. The Court has determined a sentence reduction is appropriate and reasonable when considering the 18 U.S.C. 3553(a) factors. Therefore, the Court reduces the total term of imprisonment by 10 months and imposes the following sentence: 87 months imprisonment on Counts 1 and 3, to run concurrently to one another; 60 months on Count Two, to be served consecutively to Counts One and Three; and 240 months on Count Four, to be conserved consecutively to all other counts, for a total sentence of 387 months.

Except as otherwise provided, all provisions of the judgment dated ____August 17, 1998____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    April 22, 2024

s/Tilman E. Self, III
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Tilman E. Self, III, U.S. District Judge
*Printed name and title*